IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT WILLIS, an Individual,
JAMES WILLIAMS, an Individual,
JOHNNY WALTERS, an Individual
KENNETH SMITH, an Individual
CHAYANNE MERCADO, an individual,
and all other SIMILARLY SITUATED
individuals under 29 U.S.C 216(b),

CASE NO.: 6:22-cv-02125

      Plaintiff,

vs.

SEMINOLE ASPHALT PAVING, INC.,
A Florida Profit Corporation,

      Defendant.
_____/

## JOINT NOTICE RE:
## ECF 58

Pursuant to Court Order ECF 58, the Parties notify the Court that the Parties have attached fully executed revised settlement agreements as Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4, and Exhibit 5.

Respectfully submitted,

| | |
|---|---|
| */s/ Deron T. Roberson, Jr.* | */s/ David H. Spalter.* |
| DERON T. ROBERSON, JR. | JILL S. SCHWARTZ, Attorney at Law |
| Florida Bar Number 1011941 | Florida Bar No. 523021 |
| AARON C. ROBERSON | DAVID H. SPALTER, Attorney at Law |
| Florida Bar Number 1018139 | Florida Bar No. 966347 |
| ROBERSON & ROBERSON P.A. | JILL S. SCHWARTZ & ASSOCIATES, P.A. |
| Email: d.roberson@robersonemploymentlaw.com; a.roberson@robersonemploymentlaw.com; Info@robersonemploymentlaw.com | E-mail: jschwartz@schwartzlawfirm.net E-mail: dspalter@schwartzlawfirm.net Secondary E-mail: jtacktill@schwartzlawfirm.net Secondary E-mail: docketing@schwartzlawfirm.net |
| 16057 Tampa Palms Blvd. W. #231 | 655 West Morse Blvd., Ste. 212 |
| Tampa, Florida 33647 | Winter Park, Florida 32789 |
| Phone: 813.808.3688 | Telephone: (407) 647-8911 |
| | Facsimile: (407) 628-4994 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendant, David H. Spalter and Jill Steinberg Schwartz, JILL S. SCHWARTZ & ASSOCIATES, PA.   dspalter@schwartzlawfirm.net; jschwartz@schwartzlawfirm.net.

*/s/ Deron T. Roberson, Jr.*
Attorney